**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01079-CR

---

### IN RE KERRY BEAL, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF HABEAS CORPUS
### 268th District Court
### Fort Bend County, Texas
### Trial Court Cause No. 12-DCR-059320B

---

## MEMORANDUM OPINION

On November 30, 2012, Kerry Beal filed a petition for writ of habeas corpus seeking release from jail. *See* Tex. Gov't Code Ann. § 22.221(d); Tex. R. App. P. 52.

In his petition, relator contends he is illegally restrained pretrial and that trial for the charges pending against him will violate the constitutional prohibition against double jeopardy. We are unable to consider relator's petition because our authority to entertain petitions for writ of habeas corpus extends solely to the actions of judges in civil cases. See Tex. Gov't Code Ann. § 22.221(d). Our habeas corpus jurisdiction in criminal matters is appellate only, and we may not exercise original jurisdiction. *See Ex Parte Denby*, 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding).

We dismiss relator's petition for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.

Do Not Publish — TEX. R. APP. P. 47.2(b).